# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Paul Darshan Sharma
Chapter 7  Case No. 18−50834−MJK
    *Debtor(s)*

The Kaspers Firm, LLC
Edward Scott
Debbie Richards
    *Plaintiff(s)*

vs.

Paul Darshan Sharma
    *Defendant(s)*

Adversary Proceeding
No. 19−05002−MJK

## **NOTICE OF NON−COMPLIANCE WITH MANDATORY ELECTRONIC FILING**

Tyler B. Kaspers
152 New Street, Suite 109B
Macon, GA 31201

**RE: Case No. 19−05002−MJK and Document/Pleading: Adversary Complaint (Dckt #1)**

Despite notice of the Court's General Order 2016−2 (IN RE: Electronic Case Filing and Administrative Procedures), counsel has failed to file the above−noted document in electronic form. All documents *must* be filed in electronic form unless otherwise permitted. Your document has not been permitted to be filed conventionally.

While the Court has authorized its Clerk's office to accept your paper filing, if you are not a registered CM/ECF filer, you have fourteen(14) days to register for a CM/ECF filing account and comply with the Court's Administrative Procedures for filing by electronic means. If unable to comply with electronic filing procedures, you may file a "Request for Leave to File Conventionally" under Administrative Procedure I(A)(4) set forth below. If you are a registered ECF filer, you have fourteen (14) days to show cause why a waiver was not obtained. You must file a statement setting forth the circumstances preventing electronic filing or file a "Request for Leave to File Conventionally" under Administrative Procedure I(A)(4) which states:

> An attorney may apply to the assigned judge for permission to file documents conventionally. Even if the assigned judge initially grants an attorney permission to file documents conventionally, the assigned judge may withdraw that permission at any time and require the attorney to file documents electronically using the CM/ECF system. An attorney seeking the Court's permission to file conventionally, rather than electronically, will file a paper "Request for Leave to File Conventionally" setting forth in detail the reasons supporting the request, together with a proposed "Order Granting Leave to File Conventionally." Such requests will be provided to the deputy in charge of the divisional office to which the filer's case is assigned.

Failure to comply may result in sanctions being imposed.

**Attorneys not admitted to practice in the Southern District of Georgia must first comply with pro hac vice admission requirements prior to seeking permission to file documents conventionally.**

For more information on electronic filing and Administrative Procedures please, visit the Court's website at www.gasb.uscourts.gov.

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated April 23, 2019
B–87 [Rev. 12/17] LLH