**Personal Financial Statement of:**
Paul Sharma
as of:
4/1/2018

| Assets | Amount in Dollars |
|---|---|
| Cash - checking accounts | $ 549 |
| Cash - savings accounts | 886 |
| Certificates of deposit | - |
| Securities - stocks / bonds / mutual funds | - |
| Notes & contracts receivable | - |
| Life insurance (cash surrender value) | - |
| Personal property (autos, jewelry, etc.) | 15,000 |
| Retirement Funds (eg. IRAs, 401k) | - |
| Real estate (market value) | - |
| Other assets (specify) | - |
| Other assets (specify) | - |
| **Total Assets** | **$ 16,435** |

| Liabilities | Amount in Dollars |
|---|---|
| Current Debt (Credit cards, Accounts) | $ 21,100 |
| Notes payable (describe below) | - |
| Taxes payable | |
| Real estate mortgages | - |
| Other liabilities (Hotel Lease monthly) | 6,005 |
| Other liabilities (specify) | - |
| **Total Liabilities** | **$ 27,105** |

| Net Worth | $ (10,670) |
|---|---|

Signature: [signed]        Date: 4/25/2018

**Personal Finance Statement of:**
Paul Sharma

Details

1. ASSETS - Details

*Notes and Contracts held*

| From Whom Owing | Balance Owing | Original Amount | Original Date | Monthly Payment | Maturity Date | History / Purpose |
|---|---|---|---|---|---|---|
| | $ - | $ - | | $ - | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Securities: stocks / bonds / mutual funds*

| Name of Security | Number of Shares | Cost | Market Value | Date of Acquisition |
|---|---|---|---|---|
| | | $ - | $ - | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Stock in Privately Held Companies*

| Company Name | No. of shares | $ Invested | Est. Market Value |
|---|---|---|---|
| | | $ - | $ - |
| | | | |
| | | | |
| | | | |

*Real Estate*

| Description / Location | Market Value | Amount Owing | Original Cost | Purchase Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 2. LIABILITIES - Details

### Credit Card & Charge Card Debt

| Name of Card / Creditor | Amount Due |
|---|---|
| American Express | $ 15,000 |
| Capital One | $ 2,200 |
| Discover | $ 2,700.00 |
| Wells Fargo | $ 1,200.00 |
| | |
| | |
| | |
| | |
| Total | 21,100 |

### Notes Payable (excluding monthly bills)

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Mortgage / Real Estate Loans Payable

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Total | $ - | $ - | $ - | | - |