**Personal Financial Statement of:**
Paul Sharma
as of:
8/29/2018

| Assets | Amount in Dollars |
|---|---|
| Cash - checking accounts | $ - |
| Cash - savings accounts | - |
| Certificates of deposit | - |
| Securities - stocks / bonds / mutual funds | - |
| Notes & contracts receivable | - |
| Life insurance (cash surrender value) | - |
| Personal property (El Camino - Model 78, Jet Ski, Boat) | 4,500 |
| Retirement Funds (eg. IRAs, 401k) | - |
| Real estate (market value) | - |
| Other assets (specify) | - |
| Other assets (specify) | - |
| **Total Assets** | **$ 4,500** |

| Liabilities | Amount in Dollars |
|---|---|
| Current Debt (Credit cards, Accounts) | $ 29,100 |
| Notes payable (describe below) | - |
| Taxes payable | |
| Real estate mortgages | - |
| Other liabilities (Hotel Lease monthly) | 6,005 |
| Other liabilities (specify) | - |
| **Total Liabilities** | **$ 35,105** |
| **Net Worth** | **$ (30,605)** |

Signature: [signed]   Date: 8/29/2018