# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: PAUL DARSHAN SHARMA,  )<br>Debtor,  )<br>  ) | Chapter 7<br>Case No. 18-50834-MJK |
| THE KASPERS FIRM, LLC, EDWARD  )<br>SCOTT and DEBBIE RICHARDS,  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>PAUL DARSHAN SHARMA,  )<br>Defendant.  ) | Adversary Proceeding No.<br>19-05002-MJK |

## DISCLOSURE STATEMENT

Plaintiffs The Kaspers Firm, LLC, Edward Scott, and Debbie Richards, by and through their undersigned counsel, and pursuant to Local Rule 7.1.1, hereby certify that the following is a full and complete list of the parties in this action:

The Kaspers Firm, LLC -        Plaintiff
Edward Scott -                 Plaintiff
Debbie Richards-               Plaintiff

Paul Darshan Sharma-           Debtor/Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Tyler B. Kaspers, Esq.-        Founder/Owner

The undersigned further certifies that no other persons, firms, partnerships, corporations, or organizations have a financial interest in, or another interest which could be substantially affected by, the outcome of this case.

Respectfully submitted this 7th day of May, 2019

/s/ Tyler B. Kaspers

Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA 31201
404-944-3128
tyler@kaspersfirm.com

Counsel for Plaintiffs

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: PAUL DARSHAN SHARMA,<br>    Debtor, | Chapter 7<br>Case No. 18-50834-MJK |
| THE KASPERS FIRM, LLC, EDWARD SCOTT and DEBBIE RICHARDS,<br>    Plaintiffs, | Adversary Proceeding No.<br>19-05002-MJK |
| vs. | |
| PAUL DARSHAN SHARMA,<br>    Defendant. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the below date a genuine copy of the within and foregoing DISCLOSURE STATEMENT with the Clerk of the Court by using the Court's CM/ECF system and were sent via the United States Postal Service, first-class mail, postage prepaid, to:

Paul Darshan Sharma
1007 Peterson Ave N
Douglas, GA  31533

This 7th day of May, 2019.

                                                                              Tyler B. Kaspers
                                                                              Georgia Bar No. 445708

THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA  31201